ALBERT KATTAN, Appellant, GEORGE AGHASSI, Plaintiff, v. SILVER FLEET MOTOR EXPRESS CO., INC., and TRANS-CONTINENTAL CARRIERS, INC., Respondents, GOTTFRIED CARL WITTWER, Defendant.— Action to recover for personal injuries. Judgment dismissing complaint at the close of plaintiff's case reversed on the law and a new trial granted, with costs to appellant to abide the event. The testimony of Wittwer that the trip he was making from Pittsburg to New York was the first in behalf of defendant Trans-Continental Carriers, Inc., in the face of the fact that the name of that defendant was painted on the vehicle, renders his entire testimony with respect of both defendants suspicious. A new trial should be had in order to ascertain the exact relationship of these defendants to Wittwer and their connection with the vehicle he was operating. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

KINGS HIGHWAY SAVINGS BANK, Appellant, v. PAGE-MADDEN COMPANY, INC. (Sometimes Described as PAGE-MADDEN CO., INC.), Respondent, and Others, Defendants.— Action to foreclose a mortgage on real property. Order vacating stipulation of discontinuance and declaring that the action has not been discontinued affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

NOAH KLEPPER, Appellant, v. HANNAH BROWNSTEIN and THE BOWERY SAVINGS BANK, Respondents.— Action to impress a trust in favor of the plaintiff upon two bank accounts of the defendant Brownstein in two savings banks to the extent of $7,000. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

CHRISTOPHER KOCH, Respondent, v. BROOKLYN-MANHATTAN TRANSIT CORPORATION, Defendant, and NEW YORK RAPID TRANSIT CORPORATION, Appellant. — Judgment in an action for assault committed upon plaintiff, a passenger of appellant, by its employee, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

KATIE LARUSSO, as Administratrix, etc., of PETER SARCINELLI, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Plaintiff's intestate sustained burns at a bonfire located on a sidewalk, resulting in his death. Judgment reversed on the law, with costs, and complaint dismissed, with costs. The fire in question was not shown to have been in existence for more than ten to seventeen minutes. Although the city was under the obligation to remove this fire from the sidewalk, in accordance with its duty of maintenance of the sidewalk free from obstructions, dangers and defects, the period during which the fire continued was insufficient to predicate liability on the theory that the city had notice or knowledge thereof. The existence of previous fires and their frequent occurrence might have the effect of requiring the city to exercise greater vigilance than would be normally required, but the city was not an insurer and was not required to station an employee at the place permanently and continuously. Hagarty, Taylor and Close, JJ., concur; Lazansky, P. J., and Carswell, J., concur as to reversal of judgment, but dissent as to dismissal of the complaint and vote to grant a new trial in order to give plaintiff an opportunity to develop her evidence with more clarity.